```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK G. McNEILL, et al.         :         CIVIL ACTION
                                :
         v.                     :
                                :
BOROUGH OF FOLCROFT, et al.     :         NO. 13-3592
```

ORDER

AND NOW, this 12th day of December, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs for reconsideration (Doc. # 22) of the court's order granting in part defendants' motion for summary judgment is DENIED; and

(2) the motion of plaintiffs for a final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure is DENIED.

                                    BY THE COURT:


                                    /s/ Harvey Bartle III
                                                       J.